IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYTHEON COMPANY,

    Plaintiff,

v.

                                            Case No. 18-cv-318-wmc

CRAY, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Cray, Inc., and against plaintiff Raytheon Company on plaintiff's claims of infringement (claims 1 and 2) and on defendant's counterclaims of non infringement (counterclaims 1 and 2) of U.S. Patent Nos. 7,475,274 and 8,190,714.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's claims of infringement of U.S. Patent Nos. 8.335,909 and 9,037,833 (claims 3 and 4) are dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that defendant's counterclaims of non-infringement, invalidity, unenforceability and inequitable conduct of U.S. Patent Nos. 8,335,909 and 9,037,833 (counterclaims 3, 4, 7, 8, 9, 10, 11 and 12) are dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that defendant's counterclaims of invalidity of U.S. Patent Nos. 7,475,274 and 8,190,714 (counterclaims 5 and 6) are dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff and against defendant on defendant's counterclaims for unjust enrichment, conversion and breach of contract (counterclaims 13 and 14).

IT IS FURTHER ORDERED AND ADJUDGED that defendant's counterclaim for breach of contract (counterclaim 15) is dismissed with prejudice.

Approved as to form this 24th day of April, 2019.

_____
William M. Conley
District Judge

_____          4/24/19
Peter Oppeneer                     Date
Clerk of Court